**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re DEEP VEIN THROMBOSIS LITIGATION<br><br>This Document Relates To:<br><br>Medeiros v Continental Airlines, Inc, No 06-4293<br><br>_____/ | MDL Docket No 04-1606 VRW<br><br>ORDER |

      The court is in receipt of defendant Continental Airline, Inc's motion for administrative relief, Doc #659, requesting that the court dismiss Continental from this action with prejudice for the reasons set forth in the court's March 11, 2005 order dismissing, as preempted, all non-Warsaw claims against airline defendants.  See Doc #151.  Plaintiff is ordered to show cause on or before August 27, 2007 why judgment should not be entered for defendants, consistent with the disposition of the other non-Warsaw cases, for reasons detailed in the March 11, 2005 order.

      SO ORDERED.

                                                  VAUGHN R WALKER
                                                  United States District Chief Judge